1  Todd M. Friedman (SBN 216752)
   Adrian R. Bacon (SBN 280332)
2  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@ toddflaw.com
7  Attorneys for Plaintiff

**FILED**
CLERK, U.S. DISTRICT COURT
11/02/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK #17

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HELLER, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>TD BANK US HOLDING COMPANY DBA TD BANK USA, N.A., and DOES 1 through 10, inclusive,<br>Defendant. | Case No.<br><br>2:20-cv-06063-PSG-RAO<br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.**; ORDER |

NOW COMES THE PLAINTIFFs by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class.  No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 1st Day of November, 2020,

**IT IS SO ORDERED.**
DATED: 11/02/2020
_____
**U.S. DISTRICT JUDGE**

By: s/Adrian R. Bacon Esq.
   Adrian R. Bacon
   Attorney for Plaintiff

Notice of Dismissal - 1

# CERTIFICATE OF SERVICE

Filed electronically on November 1, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on November 1, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

<pre>
                        By: s/Adrian R. Bacon Esq.
                            Adrian R. Bacon
                            Attorney for Plaintiff
</pre>